FILED: April 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1261
(5:23-cv-00363-JPB)

_____

JOHN KOONTZ, on behalf of Himself and all others similarly situated

    Plaintiff - Appellant

v.

SN SERVICING CORPORATION

    Defendant - Appellee

-------------------------------

NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS; NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER; NATIONAL CONSUMER LAW CENTER

    Amici Supporting Appellant

DEFENSE TRIAL COUNSEL OF WEST VIRGINIA INC.

    Amicus Supporting Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is reversed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK